UNITED STATES of America,
Plaintiff–Appellee

v.

Gregorio GALINDO–ROMERO,
Defendant–Appellant.

No. 11–40224
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 27, 2011.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Seth Kretzer, Law Offices of Seth Kretzer, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Gregorio Galindo–Romero has moved for

---

* Pursuant to 5TH CIR. R. 47.5, the court has

determined that this opinion should not be

leave to withdraw and has filed a brief in accordance with *Anders v. California*[1] and *United States v. Flores*.[2] Galindo–Romero has filed two responses. The record is insufficiently developed to allow consideration at this time of Galindo–Romero's claim of ineffective assistance of counsel; such a claim generally " 'cannot be resolved on direct appeal when the claim has not been raised before the district court since no opportunity existed to develop the record on the merits of the allegations.' "[3] We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Galindo–Romero's responses. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.[4]

---

published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

1. 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

2. 632 F.3d 229 (5th Cir.2011).

3. *United States v. Cantwell*, 470 F.3d 1087, 1091 (5th Cir.2006) (quoting *United States v. Pierce*, 959 F.2d 1297, 1301 (5th Cir.1992)).

4. *See* 5TH CIR. R. 42.2.